

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-72,971-07

### EX PARTE RODRICK LAVAUR GRIFFIN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. FR 60942-G IN THE 27TH DISTRICT COURT
### FROM BELL COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The record is missing the State's supplemental answer, and an affidavit from Charley Valdez that is referred to in the trial court's supplemental findings of fact and conclusions of law.

The district clerk shall either forward to this Court the State's supplemental answer, and the affidavit from Charley Valdez, or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: January 18, 2023
Do not publish